DEFENDANT:            **JUAN LUIS MONJE-GARCIA**

YOB:                  1968

ADDRESS:              ICE custody

COMPLAINT FILED?           YES      X    NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____
    IF NO, PROCEED TO "OFFENSE" SECTION

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?      YES    X   NO

OFFENSE:              8 U.S.C. § 1326(a); (b)(2); Illegal re-entry of removed alien subsequent to aggravated felony conviction

LOCATION OF OFFENSE:  Jefferson County, CO

PENALTY:              NMT 20 years imprisonment; NMT $250,000 fine, or both; NMT three years supervised release; $100 special assessment.

AGENT:                Tate Haines, Deportation Officer, ICE/DHS

AUTHORIZED BY:        Kirsten Sinclair, Special Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:   five days or less

THE GOVERNMENT:       **will** seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

OCDEF CASE:                  Yes      X     No