AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| United States of America<br>v. | ) ) ) ) ) |
| JUAN LUIS MONJE-GARCIA,<br>*Defendant* | Case No.   13-cr-00487-MSK |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    UAN LUIS MONJE-GARCIA                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment          ❏ Superseding Indictment          ❏ Information          ❏ Superseding Information          ❏ Complaint

❏ Probation Violation Petition          ❏ Supervised Release Violation Petition          ❏ Violation Notice          ❏ Order of the Court

This offense is briefly described as follows:
  8 USC, Sections 1326(a) and (b)(2); Illegal Re-entry by a Convicted Felon

Date:   12/03/2013                                        s/K Lyons
                                                    *Issuing officer's signature*

City and state:    Denver, Colorado                      Jeffrey P. Colwell, Clerk, U.S. District Court
                                                    *Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

                                                    *Arresting officer's signature*


                                                    *Printed name and title*