IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 13-cr-00487-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    JUAN LUIS MONJE-GARCIA,

      Defendant.
_____

**NOTICE OF APPEARANCE**
_____

The Office of the Federal Public Defender, by and through undersigned counsel hereby enters its appearance in the above-captioned case.

      Respectfully submitted,

      VIRGINIA L. GRADY
      Federal Public Defender, Interim

      s/ LaFonda R. Traorè
      LAFONDA R. TRAORÈ
      Assistant Federal Public Defender
      633 - 17th Street, Suite 1000
      Denver, Colorado    80202
      Telephone:  (303) 294-7002
      FAX:       (303) 294-1192
      LaFonda.Traore@fd.org
      Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2013, I electronically filed the foregoing

**NOTICE OF APPEARANCE**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Kirsten Sinclair, Assistant U.S. Attorney
        Kirsten.Sinclair@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

                      s/ LaFonda R. Traorè
                      LAFONDA R. TRAORÈ
                      Assistant Federal Public Defender
                      633 - 17th Street, Suite 1000
                      Denver, Colorado  80202
                      Telephone:   (303) 294-7002
                      FAX:         (303) 294-1192
                      LaFonda.Traore@fd.org
                      Attorney for Defendant