AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

United States of America
v.

JUAN LUIS MONJE-GARCIA,
*Defendant*

Case No.  13-cr-00487-MSK

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* UAN LUIS MONJE-GARCIA
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
8 USC, Sections 1326(a) and (b)(2); Illegal Re-entry by a Convicted Felon

Date: 12/03/2013

s/K Lyons
*Issuing officer's signature*

City and state: Denver, Colorado

Jeffrey P. Colwell, Clerk, U.S. District Court
*Printed name and title*

### Return

This warrant was received on *(date)* 12/04/13, and the person was arrested on *(date)* 12/5/2013
at *(city and state)* Centennial, Colorado.

Date: 12/5/2013

[signature] 7684
*Arresting officer's signature*

Timothy Wood   Deportation Officer
*Printed name and title*