IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.  13-cr-00487-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

JUAN LUIS MONJE-GARCIA,

       Defendant.
_____

**NOTICE OF APPEARANCE**
_____

       The Office of the Federal Public Defender, by and through undersigned counsel hereby enters its appearance in the above-captioned case.

       Respectfully submitted,

       VIRGINIA L. GRADY
       Federal Public Defender, Interim


       s/ Robert W. Pepin
       ROBERT W. PEPIN
       Assistant Federal Public Defender
       633 - 17th Street, Suite 1000
       Denver, Colorado   80202
       Telephone:   (303) 294-7002
       FAX:          (303) 294-1192
       robert.pepin@fd.org
       Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2013, I electronically filed the foregoing

**NOTICE OF APPEARANCE**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Kristen Sinclair, Assistant United States Attorney
   kirsten.sinclair@usdoj.gov


and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:


Mr. Juan Monje-Garcia     *(via U.S. mail)*
Reg. No. 40214-013
c/o GEO Aurora Detention Center
3130 North Oakland Street
Aurora, CO   80010


　　　　　　　　　　　　　　　　　　s/ Robert W. Pepin
　　　　　　　　　　　　　　　　　　ROBERT W. PEPIN
　　　　　　　　　　　　　　　　　　Assistant Federal Public Defender
　　　　　　　　　　　　　　　　　　633 - 17th Street, Suite 1000
　　　　　　　　　　　　　　　　　　Denver, Colorado     80202
　　　　　　　　　　　　　　　　　　Telephone:   (303) 294-7002
　　　　　　　　　　　　　　　　　　FAX:            (303) 294-1192
　　　　　　　　　　　　　　　　　　robert.pepin@fd.org
　　　　　　　　　　　　　　　　　　Attorney for Defendant

2