IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 13-cr-00487-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JUAN LUIS MONJE-GARCIA,

      Defendant.

_____

**MOTION TO WITHDRAW**
_____

      LaFonda R. Traore, Assistant Federal Public Defender, hereby moves to withdraw as counsel for the defendant. Assistant Federal Public Defender, Robert W. Pepin, has entered his appearance in this matter.

      Respectfully submitted,

      VIRGINIA L. GRADY
      Federal Public Defender, Interim

      s/ LaFonda R. Traore
      LAFONDA R. TRAORE
      Federal Public Defender, Interim
      633 17th Street, Suite 1000
      Denver, CO  80202
      Telephone:  (303) 294-7002
      FAX:  (303) 294-1192
      lafonda_traore@fd.org
      Attorney for Defendant

# CERTIFICATE OF SERVICE

      I hereby certify that on December 31, 2013, I electronically filed the foregoing **MOTION TO WITHDRAW** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Kristen Sinclair, Assistant United States Attorney
    kirsten.sinclair@usdoj.gov


and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:


Mr. Juan Monje-Garcia    *(via U.S. mail)*
Reg. No. 40214-013
c/o GEO Aurora Detention Center
3130 North Oakland Street
Aurora, CO   80010


                                              s/ LaFonda R. Traore
                                              LAFONDA R. TRAORE
                                              Federal Public Defender, Interim
                                              633 17th Street, Suite 1000
                                              Denver, CO  80202
                                              Telephone:  (303) 294-7002
                                              FAX:  (303) 294-1192
                                              lafonda_traore@fd.org
                                              Attorney for Defendant