IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.  13-cr-00487-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      JUAN LUIS MONJE-GARCIA,

        Defendant.

_____

## NOTICE OF DISPOSITION
_____

      Defendant, Juan Luis Monje-Garcia, by and through counsel, Robert W. Pepin, Assistant Federal Public Defender, hereby advises this Honorable Court that he has reached a plea disposition with the government and that he will be prepared to proceed with the change of plea hearing.

      Respectfully submitted,

      VIRGINIA L. GRADY
      Federal Public Defender, Interim


      s/ Robert W. Pepin
      ROBERT W. PEPIN
      Assistant Federal Public Defender
      633 - 17th Street, Suite 1000
      Denver, Colorado    80202
      Telephone:    (303) 294-7002
      FAX:          (303) 294-1192
      robert.pepin@fd.org
      Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2014, I electronically filed the foregoing

## NOTICE OF DISPOSITION

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Kristen Sinclair, Assistant United States Attorney
kirsten.sinclair@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Mr. Juan Monje-Garcia        *(via U.S. mail)*

s/ Robert W. Pepin
ROBERT W. PEPIN
Assistant Federal Public Defender
633 - 17th Street, Suite 1000
Denver, Colorado    80202
Telephone:    (303) 294-7002
FAX:          (303) 294-1192
robert.pepin@fd.org
Attorney for Defendant

2