IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 13-cr-00487-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      JUAN LUIS MONJE-GARCIA,

        Defendant.

_____

**UNOPPOSED MOTION FOR IMMEDIATE SENTENCING**
_____

Juan Luis Monje-Garcia, by and through his attorney, Assistant Federal Defender Robert W. Pepin, moves that the Court impose the sentence in the above-referenced matter immediately after the Change of Plea hearing. In support of this request, Mr. Monje-Garcia states as follows:

Pursuant to Rule 32(c)(1)(A)(ii) of the Federal Rules of Criminal Procedure, a Court may immediately sentence a defendant without the benefit of a presentence investigation by probation when "the court finds that the information in the record enables it to meaningfully exercise its sentencing authority under 18 U.S.C. § 3553, and the court explains its finding on the record."

Mr. Monje-Garcia is pleading guilty to the single count in the indictment charging him with illegal re-entry after deportation pursuant to 18 U.S.C. § 1326(a) and (b)(2). The offense conduct underlying this offense stems from Mr. Monje-Garcia being found in the United States after he had been deported and without having been granted permission to re-enter by a proper legal authority. Mr. Monje-Garcia is eligible for a "fast track" disposition. The parties estimate that the advisory Guidelines range is 2 to 8 months. The defense will be requesting a time served sentence.

The parties have forwarded a copy of the plea agreement to the United States Probation Office and asked that they prepare a brief report and statement, which includes the full criminal history of Mr. Monje-Garcia, for the Court to review prior to sentencing.

WHEREFORE, Mr. Monje-Garcia respectfully requests that this Court waive the necessity of a presentence investigation and report and impose sentence in this matter immediately after the Change of Plea.

                                                Respectfully submitted,

                                                VIRGINIA L. GRADY
                                                Federal Public Defender, Interim

                                                s/ Robert W. Pepin
                                                ROBERT W. PEPIN
                                                Assistant Federal Public Defender
                                                633 - 17th Street, Suite 1000
                                                Denver, Colorado   80202
                                                Telephone:   (303) 294-7002
                                                FAX:            (303) 294-1192
                                                robert.pepin@fd.org
                                                Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2014, I electronically filed the foregoing

**UNOPPOSED MOTION FOR IMMEDIATE SENTENCING**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Kristen Sinclair, Assistant United States Attorney
        kirsten.sinclair@usdoj.gov


and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:


    Mr. Juan Monje-Garcia    *(via U.S. mail)*


    s/ Robert W. Pepin
    ROBERT W. PEPIN
    Assistant Federal Public Defender
    633 - 17th Street, Suite 1000
    Denver, Colorado     80202
    Telephone:     (303) 294-7002
    FAX:             (303) 294-1192
    robert.pepin@fd.org
    Attorney for Defendant