UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Criminal Action No. 13-cr-00487-MSK

UNITED STATES OF AMERICA,

  Plaintiff,

v.

1. JUAN LUIS MONJE-GARCIA,

  Defendant.

---

**ORDER GRANTING UNOPPOSED MOTION FOR IMMEDIATE SENTENCING AND NOTICE OF CHANGE OF PLEA AND SENTENCING HEARING**

---

THIS MATTER comes before the Court following the filing of a Notice of Disposition **(#17 )** and Unopposed Motion for Immediate Sentencing **(#18)** on January 7, 2014, by Defendant. The Court **GRANTS** the Motion and construes this Notice as a motion to change his plea and to have the Court consider the terms of the parties' plea agreement.

**IT IS THEREFORE ORDERED** that:

1. Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending determination of those matters.

2. A Change of Plea and Immediate Sentencing hearing is set for **March 12, 2014, at 3:00 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.[1]

---

[1] In criminal cases originating from the Grand Junction or Durango Jury Divisions of this Court, counsel shall be prepared to advise the Court at the time of the change of plea hearing whether a written request to have the

    3.      The final trial preparation conference set for January 23, 2014, and the January 27, 2014, trial date are **VACATED**.

DATED this 9th day of January, 2014.

                                    **BY THE COURT:**

                                    Marcia S. Krieger
                                    Chief United States District Judge

---

sentencing hearing conducted at the courthouse in either Grand Junction or Durango will be filed. *See Administrative Order 2007-8.*