IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 13-cr-00487-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     JUAN LUIS MONJE-GARCIA,

      Defendant.

_____

### RESPONSE TO PRESENTENCE INVESTIGATION REPORT (PSIR)
_____

Juan Luis Monje-Garcia, having reviewed his Presentence Investigation Report (PSIR) with his attorney, Assistant Federal Public Defender Robert W. Pepin, now responds as follows:

1. There are some few factual supplements:

    a. Mr. Monje-Garcia's wife is employed at St. Anthony's Hospital.

    b. Regarding Mr. Monje's family's plans once he is returned to Mexico, his wife intends to try and secure an avenue via which he will be able to return to the United States legally. The family knows that this is a long shot. In the meantime, and perhaps for all time, Mr. Monje-Garcia will live in the house his father has been building for him. His family will visit him there until his wife retires; then she will move to Mexico to live with him.

2. Sentencing Guideline Calculation:

    1. The offense level has been calculated as 10 as anticipated by the parties and to which the defense has no objection.

2. The defense objects to the criminal history calculation resulting in CH Category IV as determined by the probation department. The parties estimated that Mr. Monje would score out as criminal history Category III. The only reason probation scores him at Category IV is that in 1994 he was sentenced to serve 5 years in prison in Arizona for a theft conviction. The Arizona Department of Corrections apparently released him after he served approximately one half of his sentence on the condition that he continue to serve some sort of amorphous, endless, unsupervised restraint. This restraint would require him to serve any remaining prison sentence should he ever return to the United States, illegally, presumably even after 25 years, 50 years, or more. This restraint would require him to be restrained forever as part of his sentence for the theft, which is much longer than the consecutive community supervision of one day for every seven days of custody actually imposed by the court. Mr. Monje does not believe that such an ill defined "sentence" qualifies him as being "under a criminal justice sentence."

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender, Interim


s/ Robert W. Pepin
ROBERT W. PEPIN
Assistant Federal Public Defender
633 - 17th Street, Suite 1000
Denver, Colorado  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
robert_pepin@fd.org

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2014, I electronically filed the foregoing

**RESPONSE TO PRESENTENCE INVESTIGATION REPORT (PSIR)**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Kirsten Sinclair, Assistant U.S. Attorney
        kirsten.sinclair@usdoj.gov


and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Katrina Devine, U.S. Probation Officer
        Katrina_Devine@cod.uscourts.gov


    Mr. Juan Monje-Garcia      *(via U.S. mail)*


        s/ Robert W. Pepin
        ROBERT W. PEPIN
        Assistant Federal Public Defender
        633 - 17th Street, Suite 1000
        Denver, Colorado  80202
        Telephone:  (303) 294-7002
        FAX:  (303) 294-1192
        robert_pepin@fd.org
        Attorney for Defendant