IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-cr-00487-MSK

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

1.    JUAN LUIS MONJE-GARCIA,

    Defendant.

_____

**GOVERNMENT'S REQUEST FOR A FOUR-LEVEL DOWNWARD DEPARTURE
FROM THE APPLICABLE OFFENSE LEVEL UNDER §5K3.1**
_____

The United States of America, by and through John F. Walsh, United States Attorney, and Kirsten M. E. Sinclair, Special Assistant United States Attorney, moves for a four-level downward departure pursuant to § 5K3.1 of the United States Sentencing Guidelines (USSG) authorizing early disposition programs. A four-level downward departure would result in an offense level of 6 and an advisory range of 6 to 12 months.

Respectfully submitted,

JOHN F. WALSH
United States Attorney

By: s/Kirsten M. E. Sinclair
Kirsten M. E. Sinclair
Special Assistant U.S. Attorney
United States Attorney's Office
1225 17th Street, Suite 700
Denver, Colorado  80202
Telephone: (303) 454-0100
Fax: (303) 454-0406
E-mail: Kirsten.Sinclair@usdoj.gov
Attorney for the United States

## CERTIFICATE OF SERVICE

      I hereby certify that on March 11, 2014, I electronically filed the foregoing **REQUEST FOR A FOUR-LEVEL DOWNWARD DEPARTURE FROM THE APPLICABLE OFFENSE LEVEL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Robert W. Pepin
Email:  Robert_Pepin@fd.org


                                               <u>s/Denise Guerra</u>
                                               DENISE GUERRA
                                               Legal Assistant
                                               U.S. Attorney's Office
                                               1225 Seventeenth Street, Suite 700
                                               Denver, Colorado 80202
                                               Telephone:  303-454-0100
                                               Fax:  303-454-0406
                                               E-mail:  denise.guerra@usdoj.gov