**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE MARCIA S. KRIEGER**

| | | | |
|---|---|---|---|
| Courtroom Deputy: | Patricia Glover | Date: | March 12, 2014 |
| Court Reporter: | Tammy Hoffschildt | | |
| Interpreter: | Marcela Salazar | | |

Criminal Action No. 13-cr-00487-MSK

*Parties*:                                    *Counsel*:

UNITED STATES OF AMERICA,          Kirsten Sinclair

   Plaintiff,

v.

JUAN LUIS MONJE-GARCIA,           Robert Pepin

   Defendant.

---

**ARRAIGNMENT AND CHANGE OF PLEA HEARING**

**3:06 p.m.       Court in session.**

Defendant present in custody.

Interpreter sworn.

Defendant is arraigned on Count 1 of the **Indictment**. Defendant pleads guilty to Count 1 of the **Indictment.**

Defendant sworn.

Defendant advised regarding:

        1)    The Plea Agreement;
        2)    The maximum and minimum penalties, terms and conditions of supervised release, restitution, probation and/or forfeiture;
        3)    The objectives and factors in 18 U.S.C. §3553(a).

Courtroom Minutes
Chief Judge Marcia S. Krieger
Page 2

The parties stipulate and orally move to treat the indictment as amended to delete the reference to B2 and to substitute a reference to B1 and treat that as an information for purposes of the Plea Agreement considered today.

**ORDER:** The oral stipulated motion is **GRANTED.**

The Court explains defendant's right to a trial by jury and other constitutional rights and confirms that the defendant desires to waive such rights.

Oral findings are made of record.

**ORDER:** Plea Agreement and Statement by Defendant in Advance of Plea of Guilty (and any translations thereof) are received**.**

**ORDER:** Defendant's plea is accepted and defendant is adjudged guilty as charged in **Count 1 of the Indictment as amended to be an Information.**

**ORDER:** Sentencing hearing is set to take place today, immediately following this hearing, in Courtroom A901, 901 19th Street, Denver, CO.

Defendant remains present in custody for the Sentencing.

**3:51 p.m.** **Hearing moves directly to Sentencing.**

**Total Time: 45 minutes**
**Hearing concluded.**