IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE MARCIA S. KRIEGER

| | | |
|---|---|---|
| Courtroom Deputy: | Patricia Glover | Date:  March 12, 2014 |
| Court Reporter: | Tammy Hoffschildt | |
| Probation Officer: | Katrina Devine | |
| Interpreter: | Marcela Salazar | |

Criminal Action No. 13-cr-00487-MSK

*Parties*:                                                                 *Counsel*:

UNITED STATES OF AMERICA,                    Kirsten Sinclair

       Plaintiff,

v.

JUAN LUIS MONJE-GARCIA,                       Robert Pepin

       Defendant.

---

SENTENCING MINUTES
---

**3:51 p.m.        Court in session**.

Defendant present in custody .

Interpreter remains sworn.

**Change of Plea Hearing on March 12, 2014.  Defendant pled guilty to Count 1 of the Indictment as amended to now read as an Information.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The defendant **does** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.  Argument.

The Government **does** request departure (**Doc. #25**).  Argument.

The parties **do not** contend  that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).

Allocution. - Statements made by:  The Government and defense counsel.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.  Counsel are offered the opportunity for further argument.  No further argument.

Sentencing Minutes
Chief Judge Marcia S. Krieger
Page 2

**ORDER:** The Government's Motion for Departure (**Doc. #25**) is **GRANTED.**

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**4:24 p.m.** **Court in recess.**

Total Time: 33 minutes
Hearing concluded.